RUSS M. FUKANO (SBN 114166)
Email: rfukano@troygould.com
ANNMARIE MORI (SBN 217835)
Email: amori@troygould.com
TROYGOULD PC
1801 Century Park East, 16th Floor
Los Angeles, CA 90067-2367
Telephone:   (310) 553-4441
Facsimile:    (310) 201-4746

Attorneys for Defendant
Caliber Home Loans, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE GOLDIE,<br><br>      Plaintiff,<br>v.<br><br>CALIBER HOME LOANS, INC.; BARRET DAFFIN FRAPIER TREDER & WEISS, LLP; and DOES 1-10, inclusive,<br><br>      Defendants. | Case No. 2:16-cv-00962-KJM-AC<br><br>ORDER ON STIPULATION TO EXTEND TIME FOR DEFENDANT CALIBER HOME LOANS, INC. TO RESPOND TO COMPLAINT<br><br>Assigned for All Purposes To:<br>Hon. Kimberly J. Mueller |

    Pursuant to the stipulation of the Parties, and good cause appearing therefor,

    IT IS ORDERED that the deadline for defendant Caliber Home Loans, Inc., to respond to the Complaint, is continued up to and including August 8, 2016.

    SO ORDERED.

Dated: June 8, 2016

_____
UNITED STATES DISTRICT JUDGE

**TroyGould PC**

1
ORDER ON STIPULATION TO EXTEND TIME FOR DEFENDANT CALIBER HOME LOANS, INC. TO RESPOND TO COMPLAINT

01425-0226 282064.1