UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE GOLDIE,<br><br>     Plaintiff,<br><br>     v.<br><br>CALIBER HOME LOANS, INC. et al.,<br><br>     Defendants. | No.  2:16-cv-00962-KJM-DB<br><br>ORDER |

Plaintiff George Goldie filed a complaint in state court in April 2016, and the case was removed to this court the next month. Not. Removal, ECF No. 1. The court set an initial scheduling conference for September 15, 2016. ECF No. 4. The parties stipulated twice to extend the deadline for the defendants' response to the complaint, the second time with the court's consent. *See* Stip., ECF No. 8; Stip. & Proposed Order, ECF No. 10. No responsive pleading has been filed, and no scheduling order has been issued.

Federal Rule of Civil Procedure 16(b)(2) requires the court to issue a scheduling order "as soon as practicable" and no later than ninety days after any defendant is served, unless "good cause" requires an extension. The Advisory Committee has signaled that "good cause" may exist if "the parties cannot prepare adequately for a meaningful Rule 26(f) conference" because the case involves "complex issues, multiple parties, and large organizations." Fed. R.

1   Civ. P. 16 Advisory Comm. notes to 2015 Am. Otherwise, early intervention by the court and
2   early, direct communication between the parties and the court is necessary to keep cases moving
3   forward. *See id.*

4   Here, the parties explain they would like more time to exchange information and
5   attempt to resolve the case without incurring the costs of litigation. *See* Stip. & Proposed Order,
6   ECF No. 12. They have not identified any complexities or other difficulties that have prevented
7   them from preparing adequately for a meaningful Rule 26(f) conference. The parties may both
8   pursue their goal of early settlement and move the case forward on parallel tracks.

9   The parties' agreement that Caliber may have until September to answer the
10  complaint is approved as modified to reflect an answer shall be due by September 15, 2016.  The
11  request to continue the status conference is denied.

12  IT IS SO ORDERED.
13  DATED:  August 9, 2016

    _____
    UNITED STATES DISTRICT JUDGE

2