1 | RUSS M. FUKANO (SBN 114166)
Email: rfukano@troygould.com
2 | ANNMARIE MORI (SBN 217835)
Email: amori@troygould.com
3 | TROYGOULD PC
1801 Century Park East, 16th Floor
4 | Los Angeles, CA 90067-2367
Telephone:    (310) 553-4441
5 | Facsimile:    (310) 201-4746

6 | Attorneys for Defendant
Caliber Home Loans, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE GOLDIE,<br><br>    Plaintiff,<br>        v.<br><br>CALIBER HOME LOANS, INC.; BARRET DAFFIN FRAPIER TREDER & WEISS, LLP; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 2:16-cv-00962-KJM-DB<br><br>ORDER ON STIPULATION TO FURTHER EXTEND TIME FOR DEFENDANT CALIBER HOME LOANS, INC. TO RESPOND TO COMPLAINT<br><br>Assigned To: Kimberly J. Mueller |

**TroyGould PC**

1  Pursuant to the stipulation of the Parties, and good cause appearing therefor,

2  IT IS ORDERED that the deadline for Caliber to respond to the Complaint is continued from

3  September 15, 2016, up to and including October 17, 2016.

4  SO ORDERED.

5  Dated:  August 30, 2016

_____
UNITED STATES DISTRICT JUDGE

**TroyGould PC**

1

ORDER ON STIPULATION TO FURTHER EXTEND TIME
FOR DEFENDANT CALIBER HOME LOANS, INC. TO RESPOND TO COMPLAINT

01425-0226  285383.1