RUSS M. FUKANO (SBN 114166)
Email: rfukano@troygould.com
ANNMARIE MORI (SBN 217835)
Email: amori@troygould.com
TROYGOULD PC
1801 Century Park East, 16th Floor
Los Angeles, CA 90067-2367
Telephone:   (310) 553-4441
Facsimile:   (310) 201-4746

Attorneys for Defendant
Caliber Home Loans, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE GOLDIE,<br><br>  Plaintiff,<br>  v.<br><br>CALIBER HOME LOANS, INC.; BARRET DAFFIN FRAPIER TREDER & WEISS, LLP; and DOES 1-10, inclusive,<br><br>  Defendants. | Case No. 2:16-cv-00962-KJM-DB<br><br>ORDER ON STIPULATION TO CONTINUE THE NOVEMBER 10, 2016 SCHEDULING CONFERENCE AND FURTHER EXTEND TIME FOR DEFENDANT CALIBER HOME LOANS, INC. TO RESPOND TO COMPLAINT<br><br>Assigned To: Hon. Kimberly J. Mueller |

Pursuant to the stipulation of the parties, and good cause appearing therefor, IT IS ORDERED that:

1.  The deadline for Caliber to respond to the Complaint is continued from October 17, 2016, to December 16, 2016.

2.  The November 10, 2016 Scheduling Conference is VACATED and reset for January 19, 2017, at 2:30 p.m., with the filing of a joint status report due seven days prior.

SO ORDERED.

Dated:  October 14, 2016

_____
UNITED STATES DISTRICT JUDGE

**TroyGould PC**

1

ORDER

01425-0226 286961.1