Russell A. Wyatt, Esq. (SBN 283293)
 wyattr@wyattlawcorp.com
WYATT LAW CORPORATION
901 H St., Suite 601
Sacramento, CA 95814
Telephone: (916) 277-8820
Facsimile: (877) 631-2544

Attorney for Plaintiff,

GEORGE GOLDIE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| GEORGE GOLDIE,<br><br>                Plaintiff,<br><br>v.<br><br>CALIBER HOME LOANS, INC.;<br>BARRET DAFFIN FRAPIER<br>TREDER & WEISS, LLP; and<br>DOES 1-10, inclusive,<br><br>                Defendants. | CASE NO.: 2:16-cv-00962-KJM-DB<br><br>JOINT STIPULATION AND ORDER OF PLAINTIFF AND DEFENDANT CALIBER HOME LOANS, INC. TO SETTLE ENTIRE ACTION |

Plaintiff, George Goldie ("Plaintiff") and Defendant Caliber Home Loans, Inc. ("Defendant") have jointly stipulated to settle this entire action and to leave nothing for the future.

WHEREAS, Plaintiff have been litigation an action currently pending in the United States District Court for the Eastern District of California (the "Court") under Case No.: 2:16-cv-00962-KJM-DB (the "Action");

WHEREAS, the Court presiding over the Action has issued a September 28, 2018 Order granting Defendant's Motion to Enforce Settlement Agreement (the "Order");

WHEREAS, the Order permitted Defendant to submit an updated application for attorneys' fees;

WHEREAS, the Order permitted Plaintiff to submit a response to Defendant's updated application for attorneys' fees;

WHEREAS, the Parties have since agreed to resolve this entire Action and to leave nothing for the future;

WHEREAS, Defendant has agreed to waive all claim and right to any sanctions, in any form and under any authority pursuant to the Court's Order;

WHEREAS, Plaintiff has agreed to waive all rights to appeal: (1) any and all factual or legal issues, and (2) any order or matter related to this entire Action.

Accordingly, the Parties submit this Jointly Stipulation to dismiss this action with prejudice with Plaintiff further waiving any and all right to appeal the Order or any issue, matter or other order related to this Action in consideration of Defendant waiving any and all right to the award of sanctions and/or attorney fees related to the Court's Order or of any other order related to this Action.

The Parties respectfully submit a signed copy of the fully executed Settlement and Release Agreement as well as the accompanying Proposed Order for this Court's review.

Dated: October 30, 2018	**PERKINS COIE, LLP**

By: _____/s/ Thomas Abbott_____
    Thomas Abbott, Esq,
    Attorney for Defendant,
    CALIBER HOME LOANS, INC.

Dated: October 30, 2018	**WYATT LAW CORPORATION**

By: ___/s/ Russ Wyatt_____
    Russ Wyatt, Esq.
    Attorney for Plaintiff,
    GEORGE GOLDIE

**ORDER**

Having considered the grounds for the parties' Joint Stipulation to Dismiss the entire Action, Case No.: 2:16-cv-00962-KJM-DB, and with good cause appearing, the court hereby GRANTS the proposed Joint Stipulation TO DISMISS THIS ENTIRE ACTION WITH PREJUDICE.

Although the parties' proposed order accompanying their stipulation included language to vacate the court's September 27, 2018 order, ECF No. 54, neither the parties' stipulation, ECF No. 58, nor their settlement agreement and release, ECF No. 59, refer to vacatur. In the absence of a proper motion, the court declines to vacate its prior order. Nonetheless, to the extent that order left the issue of defendants' attorneys' fees unresolved, that issue is now MOOT.

IT IS SO ORDERED.

DATED: November 26, 2018.

_____
UNITED STATES DISTRICT JUDGE